

IN THE
TENTH COURT OF APPEALS

No. 10-15-00023-CV

MICHAEL D. EADES AND REBECCA EADES,

Appellants

v.

SUNRISE ESTATES PROPERTY OWNERS ASSOCIATION,

Appellee

From the 13th District Court
Navarro County, Texas
Trial Court No. 09-17965-CV

ORDER

This appeal was referred to mediation on February 26, 2015. The parties were ordered to confer and attempt to agree upon a mediator. Within fourteen days after the date of the February 26, 2015 Order, Appellants were ordered to file a notice with the Clerk of this Court which either identified the agreed-upon mediator or stated that the parties were unable to agree upon a mediator. More than 14 days have passed and we have not been provided notice that identified the agreed-upon mediator or stated that the parties were unable to agree upon a mediator.

Accordingly, the Court assigns the Honorable Rick Morris as the mediator for this proceeding. His address and contact number are as follows:

P.O. Box 1163
Salado, TX 76571
(254) 718-3388

All other provision of the order referring the appeal to mediation, dated February 26, 2015, remain in effect, including that mediation must occur within thirty days after the date of this Order assigning a mediator.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Mediator assigned
Order issued and filed April 16, 2015

